IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 4:21-cr-00327 KGB

CHRISTOPHER MAURICE JACKSON                                                       DEFENDANT

**ORDER**

Pending is the defendant Christopher Jackson's motion *in limine* (Dkt. No. 34). The government responded to the motion (Dkt. No. 41). At this time, based on the record currently before it, the Court denies the motion *in limine* (Dkt. No. 34). The Court determines that, based on the record currently before it, the anticipated evidence is relevant under Federal Rules of Evidence 401 and 402 and not excludable under Federal Rule of Evidence 403. *See United States v. Obi*, 25 F.4th 574 (8th Cir. 2022); *see also United States v. Woodley*, 727 Fed. Appx. 136 (6th Cir. 2018); *United States v. Dougherty*, 321 Fed. Appx. 762 (10th Cir. 2009). Either party may renew this motion with the Court during trial, if appropriate, as the record evidence before the Court changes.

It is so ordered this 7th day of August, 2023.

Kristine G. Baker
United States District Judge